UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER WARREN,                 CASE NO.:  8:17-cv-2159-CEH-TBM

    Plaintiff,

v.

DFS SERVICES, LLC d/b/a
DISCOVER FINANCIAL SERVICES, LLC,
    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Christopher Warren, and Defendant, Discover Products Inc., improperly named as DFS Services, LLC d/b/a Discover Financial Services, LLC, hereby notify this Court that they have reached a resolution of the claims raised in this action and intend to request dismissal jointly.  The parties respectfully request that the Court stay all deadlines and retain jurisdiction for any matters related to completing and/or enforcing any agreement between the parties.

| | |
|---|---|
| s/ *Jon P. Dubbeld* | s/ *Jacqueline Simms-Petredis* |
| Jon P. Dubbeld, Esq. | Jacqueline Simms-Petredis, Esq. |
| Florida Bar No. 105869 | Florida Bar No. 0906751 |
| Berkowitz & Myer | Burr & Forman LLP |
| 4900 Central Avenue | 201 North Franklin Street, Suite 3200 |
| St. Petersburg, Florida 33707 | Tampa, Florida  32801 |
| Jon@berkmyer.com | Telephone:  (813) 221-2626 |
| 727-344-0123 | Facsimile:  (813) 221-7335 |
| ***Attorneys for Plaintiff*** | jsimms-petredis@burr.com |
| | ***Attorneys for Discover*** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following via the Court's CM/ECF system, on this the 12th day of November, 2017:

Jon P. Dubbeld, Esq.
Berkowitz & Myer
4900 Central Avenue
St. Petersburg, Florida 33707
727-344-0123
Jon@berkmyer.com

                                           s/ *Jacqueline Simms-Petredis*
                                           Attorney