UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER WARREN,

     Plaintiff,

v.                                                                            Case No: 8:17-cv-2159-T-36TBM

DFS SERVICES LLC,

     Defendant.

_____/

## O R D E R

Before the Court is Plaintiff's Notice of Dismissal (Doc. 14).  In accord with Plaintiff's

Notice of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     Plaintiff's Notice of Dismissal is **APPROVED** (Doc. 14).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and

attorneys' fees.

3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on November 27, 2017.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record